**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CR-00018 (WLS-ALS) |
| | : | |
| RYAN DANIEL WILLIAMS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**Order Granting Motion to Continue**

Defendant Ryan Williams moves to continue his trial in the interests of justice. (Doc. 31). He seeks a continuance stating additional time is necessary to receive and review discovery and investigate and analyze the evidence in the case. (Doc. 31 ¶ 6).

Based on Williams's stated reasons and given that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Williams in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 31) is **GRANTED**. The trial in the case is **CONTINUED** to the Valdosta Division November 2026 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 21st day of July 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1